UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Abram Gladney<br>by and through his Attorney in Fact,<br>Gladney; Abram-A,<br><br>        Plaintiff,<br><br>vs.<br><br>Consumers Credit Union,<br><br>        Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-03302-MHC |

## J U D G M E N T

This action having come before the court, Honorable Mark H. Cohen, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 23rd day of August, 2023.

                                        KEVIN P. WEIMER
                                        CLERK OF COURT

                               By:   s/D. Burkhalter
                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
August 23, 2023
Kevin P. Weimer
Clerk of Court

By:   s/D. Burkhalter
        Deputy Clerk